# United States District Court

for the

## Eastern District of Tennessee

U.S.A. vs. **Rodney Goodwin**                                    Docket No. 1:10-CR-104-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Donna Rankin, U. S. Probation Officer, presenting an official report upon the conduct of defendant **Rodney Goodwin**, who was placed under pretrial release supervision by the Honorable Susan K. Lee sitting in the court at Chattanooga, Tennessee, on April 19, 2012, under the following conditions:

1.  The defendant shall report as directed
2.  Execute a bond of $20,000
3.  Maintain or actively seek employment
4.  Travel restricted to the Eastern District of Tennessee unless permitted by the Probation Department
5.  Refrain from possessing a firearm, destructive device, or other dangerous weapon
6.  Refrain from excessive use of alcohol
7.  Refrain from any use or unlawful possession of a controlled substance
8.  Submit to any testing as required to determine the use of prohibited substance
9.  Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable
10. Report any contact with law enforcement as soon as possible
11. Not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the District Court

### Respectfully presenting petition for action of court and for cause as follows:

On May 5, 2012, the defendant was arrested by Chattanooga Police Department for Driving Under the Influence and Implied Consent Law. The arrest report indicates that after the arrest, the defendant became belligerent to jail personnel and stated to the arresting officer that, "He was not done with him." Mr. Goodwin subsequently had to be escorted to the back of the jail.

Mr. Goodwin failed to notify this officer of his arrest, however, when he was telephonically notified by this officer on May 7, 2012, he acknowledged that he had been arrested.

### PRAYING THAT THE COURT WILL ORDER

That a Warrant be issued for the violation(s) of his Conditions of Release (DUI arrest on May 5, 2012) and that upon the execution of said Warrant, a hearing be held for the defendant to show cause as to why his bond should not be revoked.

I declare that under penalty of perjury that the foregoing is true and correct.

Respectfully,

 */s/Donna Rankin*
Donna Rankin
U.S. Probation Officer

Approved by:

*/s/Elizabeth D. Miller*      *May 7, 2012*
Elizabeth D. Miller            Date
Supervising U. S. Probation Officer

## <u>ORDER OF COURT</u>

That a Warrant be issued for the defendant and that upon the execution of said Warrant, a hearing be held for the defendant to show cause as to why his bond should not be revoked.

Considered and ordered this 9th day of May, 2012, and ordered filed and made a part of the records in the above case.

       SO ORDERED.

       ENTER:

                      s/ *Susan K. Lee*
                      SUSAN K. LEE
                      UNITED STATES MAGISTRATE JUDGE